**FILED**
June 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-06-0238-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JASWANT KAUR, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JASWANT KAUR, Case No. Cr.S-06-0238-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ 25,000

           _X_   Unsecured Appearance Bond

           ___   Appearance Bond with 10% Deposit

           ___   Appearance Bond with Surety

           ___   Corporate Surety Bail Bond

           ___   (Other)   <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 16, 2006</u> at 2:24 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge