**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
GURMINDER SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | Case No. 2:06-cr-0238-MCE |
| ) | |
| Plaintiff, ) | **DEFENDANTS MOTION AND ORDER** |
| ) | **TO MODIFY THE CONDITIONS OF** |
| vs. ) | **DEFENDANTS PRETRIAL RELEASE** |
| ) | |
| GURMINDER SINGH, SUCHA SINGH, ) | |
| ) | |
| JASWANT KAUR ) | |
| ) | |
| Defendants. ) | |

Defendants, by and through their undersigned counsel, hereby move the Court to modify the conditions of their pretrial release to allow the Defendants, Gurminder Singh, Sucha Singh and Jaswant Kaur, to attend Gurminder Singh's wedding in India, which is to take place on November 17, 2006. Defendants will leave the Unites States on November 9, 2006 and leave India on November 22, 2006. In order to ensure Defendants presence back to the United States an Agreement to Forfeit Property listing two properties has been filed with the Court. Property one (1) is the family home and Property (2) is a rental property owned by Sucha Singh and Jaswant Kaur.[1]  Defendants have deeded both properties to the Government and the current

---

[1] In light of this document being a public record, the addresses of both properties are not disclosed in the motion. However, PreTrial Services have been provided with addresses to Property (1) and Property (2).

1

Deed of Trust reflecting the United States Eastern District of California as a beneficiary has been filed and recorded in San Joaquin County.   The Government and Pretrial Services have advised that they have no objection to this modification.

Dated:  October 23, 2006

                                      Respectfully submitted,

                                      /s/ Johnny L. Griffin, III
                                      JOHNNY L. GRIFFIN, III
                                      Attorney for Defendant Gurminder Singh

**IT IS SO ORDERED.**

Dated: October 26, 2006

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE