**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-0238-MCE |
| Plaintiff, | **ORDER TO RECONVEY PROPERTY TO DEFENDANTS** |
| vs. | DATE:  October 31, 2006 |
| JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH, | |
| Defendants. | Hon. Morrison C. England, Jr. |

   Defendants, by and through their undersigned counsel, hereby move the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey Gurminder Singh, Sucha Singh, and Jaswant Kaur's passports. Passport and receipt number for each defendant is as follows:

   (1) Jaswant Kaur:      Passport Number:  055388396
                          Receipt Number:  201 12365

   (2) Sucha Singh:       Passport Number:  E5981473
                          Receipt Number:  201 12364

   (3) Gurminder Singh:   Passport Number:  056705932
                          Receipt Number: 201 12366

An order granting Defendants motion to modify the conditions of Pretrial release was entered on October 26, 2006, which authorized the Defendants to travel to India from November 17, 2006 to November 22, 2006.

Respectfully submitted,

Dated: October 31, 2006         /s/ Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant
                                Gurminder Singh

Dated: October 31, 2006         /s/ Mark J. Reichel[1]
                                MARK J. REICHEL
                                Attorney for Defendant
                                Jaswant Kaur

Dated: October 31, 2006         /s/ John P. Brennan
                                JOHN P. BRENNAN
                                Attorney for Defendant
                                Sucha Singh

**IT IS SO ORDERED.**

Dated:    11/1/2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Reichel and Mr. Brennan telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.