**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Gurminder Singh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASWANT KAUR, SUCHA SINGH, and GURMINDER SINGH,<br><br>  Defendants. | Case No.: 2:06-cr-0238-MCE<br><br>**ORDER TO RECONVEY PROPERTY TO DEFENDANTS'**<br><br>DATE: January 22, 2007<br><br>Hon. Morrison C. England, Jr. |

Defendants, by and through their undersigned counsel, hereby move the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendants' return to the United States, back to Sucha Singh and Jaswant Kaur.  Property one (1) is the family home and Property (2) is a rental property owned by Sucha Singh and Jaswant Kaur.

An order granting Defendants' motion to modify the conditions of Pretrial release was entered on October 26, 2006, which authorized Defendants to travel to India from November 17, 2006 to November 22, 2006.  To ensure Defendants' presence back to the

United States, an Agreement to Forfeit Property listing the above two properties were filed with the Court. Since the Defendants have now arrived back to the United States and pursuant to their conditions, the property should be transferred back to Sucha Singh and Jaswant Kaur.

                                                                    Respectfully submitted,

Dated: January 22, 2007        /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
                                          Attorney for Defendant
                                          Gurminder Singh

Dated: January 22, 2007        /s/ Mark J. Reichel[1]
                                          MARK J. REICHEL
                                          Attorney for Defendant
                                          Jaswant Kaur

Dated: January 22, 2007        /s/ John P. Brennan
                                          JOHN P. BRENNAN
                                          Attorney for Defendant
                                          Sucha Singh

**IT IS SO ORDERED.**

**DATED:** January 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Reichel and Mr. Brennan telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.

PDF created with pdfFactory trial version www.pdffactory.com