1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 2:06-CR-238-MCE |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RETURN OF DEFENDANT PASSPORT |
| v. | ) | |
| JASWANT KAUR, | ) | |
| Defendant. | ) | |

Defendant's period of pretrial release has terminated. With the payment of the special assessment and the fine, defendant will not be subject to any term of court-ordered probation. Accordingly, the Clerk of the Court is directed to return her passport to the defendant.

SO ORDERED.

Date: January 28, 2010

KIMBERLY J. MUELLER
United States Magistrate Judge

1